FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

00 JAN 27 PM 3: 15

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| DEERE CREDIT, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV-99-BU-1562-E |
| GLENDA RIBRON, et al., | ) | ENTERED |
| Defendants. | ) | JAN 2 7 2000 |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written application of Plaintiff, supported by affidavit, for Judgment of Default in favor of Plaintiff and against Defendant Circle R Housing Super Center of LaGrange, Inc., pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The summons and complaint were properly served upon Glenda Ribron, the registered agent of Defendant Circle R Housing Super Center of LaGrange, Inc., on September 10, 1999. Defendant Circle R Housing Super Center of LaGrange, Inc., has failed to appear, plead, or otherwise defend.

2. Defendant Circle R Housing Super Center of LaGrange, Inc., is indebted to Plaintiff for the sum of $176,294.74, principal and $32,961.98 prejudgment interest, plus court costs.

3. The Contract between Plaintiff and Defendant Circle R Housing Super Center

29

of LaGrange, Inc., contains a provision for payment of attorney's fees and costs associated with collection of debt and/or repossession. Plaintiff is entitled to the reasonable attorneys fees and costs of $20,555.68. Plaintiff also claims $13,879.19 as the amount of repossession costs. Plaintiff has not presented evidence to establish this amount; therefore, it is not allowed.

5. Plaintiff is due to recover from Defendant the total sum of $229,812.40, plus post-judgment interest, and court costs. A judgment will enter accordingly.

DONE this 27th day of January, 1999.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE